UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Minneapolis Branch of the National Association for the Advancement Of Colored People, and Urban League Twin Cities,

Plaintiffs,

v.

City of Minneapolis and Officers John Does 1-20,

Defendants.

Case No. 23-cv-01175 (NEB/DTS)

**DECLARATION OF HEATHER ROBERTSON IN SUPPORT OF DEFENDANT CITY OF MINNEAPOLIS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

---

Your Declarant is Heather P. Robertson, and she submits the following declaration on behalf of Defendant City of Minneapolis:

1. I am an Assistant City Attorney with the Minneapolis City Attorney's Office. I am one of the attorneys assigned to represent the Defendant City of Minneapolis. I submit this declaration in support of Defendant City of Minneapolis' Motion to Dismiss Plaintiffs' First Amended Complaint.

2. Attached as Exhibit A to this declaration is a true and correct excerpt of pages 35-37 from *Investigation into the City of Minneapolis and the Minneapolis Police Department: Findings from the Minnesota Department of Human Rights*, April 27, 2022, publicly available at:

https://mn.gov/mdhr/assets/Investigation%20into%20the%20City%20of%20Minneapolis%20and%20the%20Minneapolis%20Police%20Department_tcm1061-526417.pdf

3. Attached as Exhibit B to this declaration is a true and correct excerpt from the "Frequently Asked Questions" page of the Minnesota Department of human Rights, MPD Investigation, as it appeared on June 22, 2023, which is publicly available at https://mn.gov/mdhr/mpd/faq/.

4. Attached as Exhibit C to this declaration is a transcript of the facebook video posted by Nekima Levy Armstrong and cited in footnote 35 of Plaintiff's Complaint. The transcript was created by my paralegal and is true and correct to the best of my knowledge.

5. Attached as Exhibit D to this declaration is a true and correct copy of Policy 7-120 as it existed when enacted in 2013, the Special Order updating Policy 7-119 in September of 2021 updating previous Policy 7-120, and Policy 5-108 of the current version of the Minneapolis Police Department Policy and Procedure Manual which currently contains the policy regarding covert social media profiles. These show the MPD's policy and the changes to that policy on covert social media profiles. The MPD Policy and Procedure Manual is publicly available at: https://www.minneapolismn.gov/media/-www-content-assets/documents/MPD-Policy-and-Procedure-Manual.pdf

6. Attached as Exhibit E to this declaration is a publicly available report from the Department of Justice Community Oriented Policing Services: *Social Media and Tactical Consideration for Law Enforcement*, published July 2013, available at https://portal.cops.usdoj.gov/resourcecenter/content.ashx/cops-p261-pub.pdf

7. Attached as Exhibit F to this declaration is a true and correct copy of *Investigation into the City of Minneapolis and the Minneapolis Police Department*, June 16, 2023, publicly available at:

https://www.justice.gov/opa/press-release/file/1587661/download

I declare under penalty of perjury that everything I have stated in this document is true and correct. Signed in Ramsey County, Minnesota.

Dated: July 27, 2023

*/s/ Heather P. Robertson*
Heather P. Robertson