| | |
|---|---|
| **Case Name:** | **Minneapolis Branch of the NAACP v. City of Minneapolis and Officers John Does 1-20** |
| **District Court Case Number:** | **23-CV-01175 (NEB/DTS)** |
| **Transcribed by:** | **JMY** |
| **Date Transcribed:** | **June 9, 2023** |

**Transcript of: Nekima Levy Armstrong, *We Been Knew!: Reflections on MDHR Report and Findings of Racial Discrimination by the Minneapolis Police Department and the City of Minneapolis*, FACEBOOK (Apr. 28, 2022), https://fb.watch/jVc881AV7r/** (12:41-18:36)

I think it's on page 35 that talks about how Police officers would engage in surveillance, um of um of black leaders and black activist using fake social media accounts.

I will say that this was an issue that resurfaced um back in 2014 and 2015, um after the Mall of America demonstration, where we went to Bloomington thousands of people strong on December 20, 2014.

And after that what we found out was that police officers in Bloomington were engaging in surveillance of black activist and organizers trolling us through fake social media accounts. And using that surveillance and information to try and build cases against us. And if you all remember, eleven of us were charged as alleged organizers.

We fought our charges for almost a year and then finally in November of 2015, maybe a week or so before Jamar Clark was killed, our charges were dismissed by Judge Cahill. Who was the judge who oversaw um the case of Derek Chauvin, recently for the killing of George Floyd. But through that process, we learned about Police officers engaging in surveillance of Black activist, so and black leaders.

So, if you look at the report and turn to page 35, you are going to see some examples of that happening and one example actually, I believe, refers to an incident that I experienced. So, there is a line or two in the report that talks about um, a black civil rights lawyer and activist, um, who had a birthday party, and a police officer RSVP'd to that birthday party pretending to be a community member.

Now, reading that, brought up a lot of triggers for me because I remember that incident very clearly. And at the time, I just felt like I was being gaslit, as I was bringing forward what happened with the police in that situation.

But if you guys recall back in 2017, when I was running for Mayor on Police accountability platform. Um, for my birthday, I decided to hold an event at um, the, I guess it, I don't know what the name was but, the Lotus, you know the restaurant in Minneapolis, they had open a new location in uptown. And it was a big, beautiful location.

We talked to the owners about having my birthday party there that doubled as a campaign event.

And you know we invited people from the public; activist, community members to come to celebrate my birthday and my campaign for Mayor, and at that time I was pregnant with Asada. You know I wound up having her about 3 weeks after that particular incident. So, she came early, she was healthy, thank God, but it was very stressful at the time because, when, we had worked everything out with the owners of the restaurant.

And as we are enjoying my birthday party outside, with tents and stuff like that, we look over and we see a table filled with Minneapolis police officers sitting down and eating dinner. Which we thought was just very unusual. I'm like, how is it that there are all these cops here in uniform at a time where, um, you know we are celebrating my birthday, that is not a coincidence. That was really weird to me, I felt they were trying to intimidate and harass me and other black folks, by showing up here.

And we brought this issue to the attention of the owners. And the owners unfortunately seemed to side with the police. They even, um, started treating us differently. For example, we had a DJ with music playing, with the presence of the police there, they made us turn the music down. Every like, 20-30 min. they would have some kind of complaint about the music or something that we were doing. And then they also went so far as to actually have us wrap up the party early.

And then, I was just, just done at that point. I was so frustrated, to have to endure um that kind of harassment on the part of officers and to have a local restaurant align themselves with police in a situation where we had the right, and the ability and authority to be present.

Um, it just really bothered me, and as a matter of fact, I wrote to the folks who ran that restaurant. I sent a very long message to them, just saying that this felt like anti-blackness, it felt like racism, it felt like harassment. And that I was very disappointed to see their restaurant um participate in what happened to me and to my guest, um, by giving that level of difference to the police. Who again showed up intentionally to harass and intimidate me and others.

And I wound up, you know, calling the chief at the time, Janae Harteau, and I filed a complaint with her about the conduct of her officers and I asked her to look into it. I just said this could not have been a coincidence. Um, I just felt that you know, they were intentionally trying to harass me and I didn't really get a resolution at that time.

I put the incident out of my mind to be honest with you all until reading this report and getting to page 35 and seeing that incident being referenced in the report. I didn't have an interview with the Department of Human Rights. So, they found this information on their own and they referenced it.