UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Urban League Twin Cities,

Plaintiff,

v.

City of Minneapolis and Officers John Does 1-20,

Defendants.

Court File No. 23-cv-01175 (NEB/DTS)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff Urban League Twin Cities (hereinafter "Plaintiff") and Defendant City of Minneapolis (hereinafter "City") stipulate as follows:

WHEREAS, the Court previously dismissed the claims of former co-Plaintiff Minneapolis Branch of the National Association for the Advancement of Colored People, and claims brought by the Plaintiffs on behalf of their members, and the Urban League Twin Cities is the only remaining Plaintiff in this action;

WHEREAS, the John Doe defendants have not been named or served;

WHEREAS, by and through their undersigned counsel, Plaintiff and the City stipulate that the Court may dismiss all claims and parties with prejudice and without costs or fees to any party.

Dated: December 4, 2024

/s/ *Liliana Zaragoza*
Liliana Zaragoza (#402417)
*Associate Professor of Clinical Law & Director*
Racial Justice Law Clinic
University of Minnesota Law School
229 19th Avenue South
Minneapolis, MN 55455
Phone: (612) 626-1007
Email: zaragoza@umn.edu

s/*Tim Phillips*
Tim Phillips (#390907)
Law Office of Tim Phillips
331 Second Avenue South, Suite 400
TriTech Center
Minneapolis, Minnesota 55401
Phone: (612) 470-7179
Email: tim@timphillipslaw.com

ATTORNEYS FOR PLAINTIFF

Dated: December 4, 2024

KRISTYN M. ANDERSON
City Attorney
By */s/ Heather Robertson*
HEATHER ROBERTSON (#0390470)
KRISTIN R. SARFF (#0388003)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3949
(612) 673-3919
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov

*Attorneys for Defendant*
*City of Minneapolis*