UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Urban League Twin Cities, | Court File No. 23-cv-01175 (NEB/DTS) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| City of Minneapolis and Officers John Does 1-20, | |
| Defendants. | |

---

Pursuant to the stipulation of the parties (Doc. 63), all claims are hereby dismissed with prejudice and without costs to either party.

Dated: _____          _____
                                                                  The Honorable Nancy Brasel
                                                                  United States District Judge
                                                                  District of Minnesota