**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MINNEAPOLIS BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and URBAN LEAGUE TWIN CITIES,

Plaintiffs,

v.

CITY OF MINNEAPOLIS and OFFICERS JOHN DOES *1-20*,

Defendants.

Case No. 23-CV-1175 (NEB/DTS)

ORDER FOR DISMISSAL

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on December 4, 2024 (ECF No. 63), IT IS HEREBY ORDERED that all claims and parties are DISMISSED WITH PREJUDICE and without costs or fees to any party.

Dated: December 4, 2024

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge